## BUD BARCLAY v. STATE.

No. A-7242.   Opinion Filed Oct. 26, 1929.
(281 Pac. 986.)

S. R. Harper, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Comanche county on a charge of having the unlawful possession of whisky, and was sentenced to pay a fine of $100 and to serve thirty days in the county jail.

The record discloses that, at the time charged, certain officers found a keg containing about three gallons of whisky on a farm in the possession of defendant, between a quarter and a half mile from his house. Some tracks were there, but there is no evidence that they corresponded with the tracks of defendant. They were not followed nearer than a quarter of a mile to defendant's house. Other persons were pasturing live stock on this farm and had access to it. The evidence is insufficient to sustain the judgment.

The case is reversed.